**AVANIR PHARMACEUTICALS INC., Plaintiff–Appellee**

**Avanir Holding Company, Center for Neurological Study, Plaintiffs**

v.

**PAR PHARMACEUTICAL INC., PAR Pharmaceutical Companies Inc., Defendants–Appellants.**

No. 2014–1838.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2015.

F. Dominic Cerrito, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY,

argued for plaintiff-appellee. Also represented by Eric C. Stops, Evangeline Shih, Daniel C. Wiesner.

Janine A. Carlan, Arent Fox, LLP, Washington, DC, argued for defendants-appellants. Also represented by Richard J. Berman, Aziz Burgy, Taniel Ermano Anderson, Stephen Yang.

CHEN, LINN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**